# UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF TENNESSEE
# KNOXVILLE DIVISION

| | |
|---|---|
| FIRST CALL ENVIRONMENTAL, LLC, ) ) Plaintiff, ) ) v. ) ) SILVER PHOENIX, LLC, PYROPURE, INC., ) and PHALANX REAL ESTATE, LLC, ) ) Defendants. ) | Case No. 3:21-cv-168 <br><br> JURY DEMAND |

## SECOND AMENDED SCHEDULING ORDER

Pursuant to the Court's order granting the parties' Joint Motion for Continuance [Doc. 65], the Court hereby **AMENDS** the following deadlines as follows:

| ACTION | FIRST AMENDED DEADLINE | SECOND AMENDED DEADLINE |
|---|---|---|
| Plaintiff's disclosure of expert testimony | January 31, 2023 | September 5, 2023 |
| Defendants' disclosure of expert testimony | February 28, 2023 | October 3, 2023 |
| Daubert Motions | March 23, 2023 | December 26, 2023 |
| Rule 26(a)(3) Pretrial Disclosures | April 20, 2023 | March 1, 2024 |
| Counter-designations to pre-trial disclosures | April 20, 2023 | March 8, 2024 |
| Discovery Completion | April 6, 2023 | November 14, 2023 |
| Motions to Compel | March 23, 2023 | November 21, 2023 |
| File Agreed pretrial order | April 6, 2023 | March 28, 2024 |
| Plaintiff's counsel shall serve opposing counsel with a proposed pretrial order | March 23, 2023 | February 16, 2024 |
| Notify Judicial Assistant if parties cannot agree to pretrial order | April 6, 2023 | March 28, 2024 |

| Pretrial conference | June 27, 2023 at 1:30 pm | April 2, 2024 at 1:30pm |
|---|---|---|
| Joinder of Parties | March 31, 2023 | September 26, 2023 |
| Dispositive Motions | May 8, 2023 | December 26, 2023 |
| Motion in Limine | June 6, 2023 | March 15, 2024 |
| Response to Motion in Limine | June 20, 2023 | March 29, 2024 |
| Special requests for jury instructions | June 20, 2023 | April 5, 2024 |
| Response to Special requests for jury instructions | June 26, 2023 | April 12, 2024 |
| Witness lists | June 20, 2023 | March 1, 2024 |
| Trial (4 days) | July 22, 2023 at 9:00am | April 16, 2024 at 9:00am |

**IT IS SO ORDERED.**

ENTER:

_/s/ Jill E. McCook_
Jill E. McCook
United States Magistrate Judge