# UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF TENNESSEE
## KNOXVILLE DIVISION

| | |
|---|---|
| FIRST CALL ENVIRONMENTAL, LLC, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:21-cv-168 |
| ) | |
| SILVER PHOENIX, LLC, PYROPURE, INC., ) | JURY DEMAND |
| PHALANX REAL ESTATE, LLC, ) | |
| ) | |
|     Defendants. ) | |

## NOTICE OF AGREED STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, evidenced by the signatures of counsel, stipulate to the dismissal of all claims and counterclaims in this matter with prejudice. This agreed stipulation of dismissal disposes of the entire controversy between the parties in this matter.

Dated: July 5, 2023

Respectfully submitted for entry:

/s/ Sara Naylor
Sharon Jacobs, #014626
Sara Naylor, #037533
SPENCER FANE LLP
511 Union Street, Suite 1000
Nashville, TN 37219
(615) 238-6300 – telephone
sjacobs@spencerfane.com
snaylor@spencerfane.com

*Counsel for Plaintiff, First Call Environmental, LLC*

/s/ *Brandon Tindell*
Lawrence P. Leibowitz
Brandon James Tindell
Leibowitz Law Firm, PLLC
608 South Gay Street, Suite 200
Knoxville, TN 37902-1637
lpl@leibowitzfirm.com
bjt@leibowitzfirm.com

*Counsel for Silver Phoenix, LLC, Pyropure, Inc., and Phalanx Real Estate, LLC*

**CERTIFICATE OF SERVICE**

   I certify that on July 5, 2023, I served a copy of this document via the electronic filing system and via email to:

Lawrence P. Leibowitz
Brandon James Tindell
Leibowitz Law Firm, PLLC
608 South Gay Street, Suite 200
Knoxville, TN 37902-1637
lpl@leibowitzfirm.com
bjt@leibowitzfirm.com

                */s/ Sara Naylor*